1

2                    UNITED STATES DISTRICT COURT

3                    EASTERN DISTRICT OF WASHINGTON

4

5    KENNETH ALAN HUGHES,                    )
                                             )
6              Plaintiff,                     )
                                             )          NO.  CV-12-168-TOR
7         vs.                                 )
                                             )       **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                       )        **CIVIL CASE**
     Commissioner of Social Security,         )
9                                            )
               Defendant.                     )
10                                           )
                                             )
11   _____)

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 7th day of November, 2012.

19                                        JAMES R. LARSEN
                                          District Court Executive/Clerk
20

21

22                                        by: s/Virginia Reisenauer
                                              Deputy Clerk
23

24

25

26   cc: all counsel